1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

WENDY HEALEY,

NO.  CV 09-956-JLR

10

Plaintiff,

11

v.

12

13

TRANS UNION LLC; EXPERIAN
INFORMATION SOLUTIONS, INC. and
DEBT RECOVERY SOLUTIONS, LLC,

14

Defendants.

15

**DEFENDANT EXPERIAN
INFORMATION SOLUTIONS,
INC.'S ANSWER TO PLAINTIFF
WENDY HEALEY'S COMPLAINT**

16

**ANSWER AND AFFIRMATIVE DEFENSES**

17

NOW COMES Defendant Experian Information Solutions, Inc. ("Experian"), by its

18

undersigned counsel, and in answer to the Complaint of Plaintiff Wendy Healey ("Plaintiff"),

19

states as follows:

20

**JURISDICTION**

21

1.    In response to paragraph 1 of the Complaint, Experian admits that Plaintiff has

22

alleged jurisdiction pursuant to 28 U.S.C. §§ 1331, 1332 and 15 U.S.C. §§ 1681(p), 1692k(d).

23

This is a legal conclusion that is not subject to denial or admission.

24

2.    In response to Paragraph 2 of the Complaint, Experian admits that Plaintiff has

25

alleged violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681 et seq. as to

26

Experian.  This is a legal conclusion that is not subject to denial or admission.  As to the

EXPERIAN INFORMATION SOLUTIONS, INC.'S
ANSWER TO PLAINTIFF'S COMPLAINT - 1
Case No. (CV 09-956-JLR)

1  allegations in Paragraph 2 of the Complaint that relate to the other defendants, Experian does not

2  have knowledge or information sufficient to form a belief as to the truth of these allegations and,

3  on that basis, denies each and every allegation contained therein.

4        3.      In response to Paragraph 3 of the Complaint, Experian admits that Plaintiff has

5  alleged that venue is proper in this district.  This is a legal conclusion that is not subject to denial

6  or admission.

7                  **IDENTIFICATION OF THE PARTIES**

8        4.      In response to Paragraph 4 of the Complaint, Experian states that it does not have

9  knowledge or information sufficient to form a belief as to the truth of these allegations and, on

10  that basis, denies each and every allegation contained therein.

11        5.      In response to Paragraph 5 of the Complaint, Experian admits that it is a

12  consumer reporting agency within the meaning of the Fair Credit Reporting Act ("FCRA"), 15

13  U.S.C. §§ 1681, et seq.  Except as specifically admitted and as to the allegations that relate to the

14  other defendants, Experian does not have knowledge or information sufficient to form a belief as

15  to the truth of these allegations and, on that basis, denies each and every allegation contained

16  therein.

17        6.      In response to Paragraph 6 of the Complaint, Experian states that it does not have

18  knowledge or information sufficient to form a belief as to the truth of these allegations and, on

19  that basis, denies each and every allegation contained therein.

20                  **FACTUAL ALLEGATIONS**

21        7.      In response to Paragraph 7 of the Complaint, Experian states that it does not have

22  knowledge or information sufficient to form a belief as to the truth of these allegations and, on

23  that basis, denies each and every allegation contained therein.

24        8.      In response to Paragraph 8 of the Complaint, Experian states that it does not have

25  knowledge or information sufficient to form a belief as to the truth of these allegations and, on

26  that basis, denies each and every allegation contained therein.

EXPERIAN INFORMATION SOLUTIONS, INC.'S
ANSWER TO PLAINTIFF'S COMPLAINT- 2
Case No. (CV 09-956-JLR)

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*

Seattle-3555993.1 0099999-00001

1    9.    In response to Paragraph 9 of the Complaint, Experian states that it does not have

2    knowledge or information sufficient to form a belief as to the truth of these allegations and, on

3    that basis, denies each and every allegation contained therein.

4    10.    In response to Paragraph 10 of the Complaint, Experian states that it does not

5    have knowledge or information sufficient to form a belief as to the truth of these allegations and,

6    on that basis, denies each and every allegation contained therein.

7    11.    In response to Paragraph 11 of the Complaint, Experian states that it does not

8    have knowledge or information sufficient to form a belief as to the truth of these allegations and,

9    on that basis, denies each and every allegation contained therein.

10    12.    In response to Paragraph 12 of the Complaint, Experian states that it does not

11    have knowledge or information sufficient to form a belief as to the truth of these allegations and,

12    on that basis, denies each and every allegation contained therein.

13    13.    In response to Paragraph 13 of the Complaint, Experian states that it does not

14    have knowledge or information sufficient to form a belief as to the truth of these allegations and,

15    on that basis, denies each and every allegation contained therein.

16    14.    In response to Paragraph 14 of the Complaint, Experian states that it does not

17    have knowledge or information sufficient to form a belief as to the truth of these allegations and,

18    on that basis, denies each and every allegation contained therein.

19    15.    In response to Paragraph 15 of the Complaint, Experian states that it does not

20    have knowledge or information sufficient to form a belief as to the truth of these allegations and,

21    on that basis, denies each and every allegation contained therein.

22                    **TRIAL BY JURY**

23    16.    In response to Paragraph 16 of the Complaint, Experian admits that Plaintiff has

24    demanded a jury trial.  This is a legal conclusion that is not subject to denial or admission.

25    //

26    //

EXPERIAN INFORMATION SOLUTIONS, INC.'S
ANSWER TO PLAINTIFF'S COMPLAINT- 3
Case No. (CV 09-956-JLR)

Seattle-3555993.1 0099999-00001

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*

1                                    **CLAIMS FOR RELIEF**

2          17.      In response to Paragraph 17 of the Complaint, Experian reasserts and incorporates

3   its responses to Paragraphs 1 thorough 16 as though fully set forth herein.

4          18.      In response to Paragraph 18 of the Complaint, Experian states that it does not

5   have knowledge or information sufficient to form a belief as to the truth of these allegations and,

6   on that basis, denies each and every allegation contained therein.

7          19.      In response to Paragraph 19 of the Complaint, Experian states that it does not

8   have knowledge or information sufficient to form a belief as to the truth of these allegations and,

9   on that basis, denies each and every allegation contained therein.

10         20.      In response to Paragraph 20 of the Complaint, Experian states that it does not

11  have knowledge or information sufficient to form a belief as to the truth of these allegations and,

12  on that basis, denies each and every allegation contained therein.

13         21.      In response to Paragraph 21 of the Complaint, Experian states that it does not

14  have knowledge or information sufficient to form a belief as to the truth of these allegations and,

15  on that basis, denies each and every allegation contained therein.

16         22.      In response to Paragraph 22 of the Complaint, Experian reasserts and incorporates

17  its responses to Paragraphs 1 thorough 21 as though fully set forth herein.

18         23.      In response to Paragraph 23 of the Complaint, Experian denies, generally and

19  specifically, each and every allegation contained therein that relates to Experian, including

20  subparts (a) through (c).  As to the allegations that relate to the other defendants, Experian does

21  not have knowledge or information sufficient to form a belief as to the truth of these allegations

22  and, on that basis, denies each and every allegation contained therein.

23         24.      In response to Paragraph 24 of the Complaint, Experian states that it does not

24  have knowledge or information sufficient to form a belief as to the truth of these allegations and,

25  on that basis, denies each and every allegation contained therein.

26

EXPERIAN INFORMATION SOLUTIONS, INC.'S
ANSWER TO PLAINTIFF'S COMPLAINT- 4
Case No. (CV 09-956-JLR)

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*

1    25.    In response to Paragraph 25 of the Complaint, Experian states that it does not

2  have knowledge or information sufficient to form a belief as to the truth of these allegations and,

3  on that basis, denies each and every allegation contained therein.

4    26.    In response to Paragraph 26 of the Complaint, Experian states that it does not

5  have knowledge or information sufficient to form a belief as to the truth of these allegations and,

6  on that basis, denies each and every allegation contained therein.

7    27.    In response to Paragraph 27 of the Complaint, Experian denies, generally and

8  specifically, each and every allegation contained therein that relates to Experian, including

9  subparts (a) through (c).  As to the allegations that relate to the other defendants, Experian does

10 not have knowledge or information sufficient to form a belief as to the truth of these allegations

11 and, on that basis, denies each and every allegation contained therein.

12    28.    In response to Paragraph 28 of the Complaint, Experian states that it does not

13 have knowledge or information sufficient to form a belief as to the truth of these allegations and,

14 on that basis, denies each and every allegation contained therein.

15    29.    In response to Paragraph 29 of the Complaint, Experian states that it does not

16 have knowledge or information sufficient to form a belief as to the truth of these allegations and,

17 on that basis, denies each and every allegation contained therein.

18    30.    In response to Paragraph 30 of the Complaint, Experian reasserts and incorporates

19 its responses to Paragraphs 1 thorough 29 as though fully set forth herein.

20    31.    In response to Paragraph 31 of the Complaint, Experian states that it does not

21 have knowledge or information sufficient to form a belief as to the truth of these allegations and,

22 on that basis, denies each and every allegation contained therein.

23    32.    In response to Paragraph 32 of the Complaint, Experian states that it does not

24 have knowledge or information sufficient to form a belief as to the truth of these allegations and,

25 on that basis, denies each and every allegation contained therein.

26

EXPERIAN INFORMATION SOLUTIONS, INC.'S
ANSWER TO PLAINTIFF'S COMPLAINT- 5
Case No. (CV 09-956-JLR)

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone (206) 624-0900

1    33.    In response to Paragraph 33 of the Complaint, Experian states that it does not

2    have knowledge or information sufficient to form a belief as to the truth of these allegations and,

3    on that basis, denies each and every allegation contained therein.

4    34.    In response to Paragraph 34 of the Complaint, Experian states that it does not

5    have knowledge or information sufficient to form a belief as to the truth of these allegations and,

6    on that basis, denies each and every allegation contained therein.

7    35.    In response to Paragraph 35 of the Complaint, Experian reasserts and incorporates

8    its responses to Paragraphs 1 thorough 34 as though fully set forth herein.

9    36.    In response to Paragraph 36 of the Complaint, Experian states that it does not

10   have knowledge or information sufficient to form a belief as to the truth of these allegations and,

11   on that basis, denies each and every allegation contained therein.

12   37.    In response to Paragraph 37 of the Complaint, Experian states that it does not

13   have knowledge or information sufficient to form a belief as to the truth of these allegations and,

14   on that basis, denies each and every allegation contained therein.

15   38.    In response to Paragraph 38 of the Complaint, Experian states that it does not

16   have knowledge or information sufficient to form a belief as to the truth of these allegations and,

17   on that basis, denies each and every allegation contained therein.

18                              **AFFIRMATIVE DEFENSES**

19                                **FIRST DEFENSE**

20                            **(Failure to State a Claim)**

21   The Complaint herein, and each cause of action thereof, fails to set forth facts sufficient

22   to state a claim upon which relief may be granted against Experian and further fails to state facts

23   sufficient to entitle Plaintiffs to the relief sought, or any other relief whatsoever from Experian.

24

25

26

EXPERIAN INFORMATION SOLUTIONS, INC.'S
ANSWER TO PLAINTIFF'S COMPLAINT- 6
Case No. (CV 09-956-JLR)

Seattle-3555993.1 0099999-00001

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone (206) 624-0900

1  **SECOND DEFENSE**

2  **(Immunity)**

3  Plaintiffs' claims against Experian are barred by the qualified immunity of 15 U.S.C. §

4  1681h(e).

5  **THIRD DEFENSE**

6  **(Truth/Accuracy of Information)**

7  Plaintiffs' claims against Experian are barred because all information Experian

8  communicated to any third person regarding Plaintiffs was true.

9  **FOURTH DEFENSE**

10  **(Indemnification)**

11  Experian is informed and believes and thereon alleges that any purported damages

12  allegedly suffered by Plaintiffs are the result of the acts or omissions of third persons over whom

13  Experian had neither control nor responsibility.

14  **FIFTH DEFENSE**

15  **(Failure to Mitigate Damages)**

16  Plaintiffs have failed to mitigate their damages.

17  **SIXTH DEFENSE**

18  **(Laches)**

19  The Complaint and each claim for relief therein is barred by laches.

20  **SEVENTH DEFENSE**

21  **(Contributory/Comparative Fault)**

22  Experian is informed and believes and thereon alleges that any alleged damages sustained

23  by Plaintiffs were, at least in part, caused by the actions of Plaintiffs and/or third parties and

24  resulted from Plaintiffs' or third parties' own negligence which equaled or exceeded any alleged

25  negligence or wrongdoing by Experian.

26

EXPERIAN INFORMATION SOLUTIONS, INC.'S
ANSWER TO PLAINTIFF'S COMPLAINT- 7
Case No. (CV 09-956-JLR)

Seattle-3555993.1 0099999-00001

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone (206) 624-0900*

**EIGHTH DEFENSE**

**(Estoppel)**

Any damages which Plaintiffs may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiffs.  Therefore, Plaintiffs are estopped and barred from recovery of any damages.

**NINTH DEFENSE**

**(Statute of Limitations)**

Experian is informed and believes and thereon alleges that all claims for relief in the Complaint herein are barred by the statute of limitations.

**TENTH DEFENSE**

**(Improper Request for Punitive Damages)**

Plaintiffs' Complaint does not allege facts sufficient to rise to the level of conduct required to recover punitive damages, and thus all requests for punitive damages are improper.

**ELEVENTH DEFENSE**

**(Unclean Hands)**

The Complaint, and each claim for relief therein that seeks equitable relief, is barred by the doctrine of unclean hands.

**TWELFTH DEFENSE**

**(Independent Intervening Cause)**

Experian alleges upon information and belief that if Plaintiffs sustained any of the injuries alleged in the Complaint, there was an intervening, superseding cause and/or causes leading to such alleged injuries and, as such, any action on the part of Experian was not a proximate cause of the alleged injuries.

EXPERIAN INFORMATION SOLUTIONS, INC.'S
ANSWER TO PLAINTIFF'S COMPLAINT- 8
Case No. (CV 09-956-JLR)

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*

1

## THIRTEENTH AFFIRMATIVE DEFENSE

2

### (Right to Assert Additional Defenses)

3        Experian hereby gives notice that it intends to rely on any additional affirmative defenses

4  that become available or apparent through discovery and/or the factual development in this case

5  or otherwise, and thus reserves the right to amend its answer to assert such additional defenses.

6        WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

7        1.        That Plaintiff takes nothing by virtue of the Complaint herein and that this action

8  be dismissed in its entirety;

9        2.        For costs of suit herein incurred; and

10        3.        For such other and further relief as the Court may deem just and proper.

11

12  DATED: October 14, 2009.                    STOEL RIVES, LLP

13

14                                              By:*/s/ Gloria S. Hong*
                                                Gloria S. Hong, WSBA 36723
15                                              600 University Street, Suite 3600
                                                Seattle, WA  98101
                                                Telephone:  206.624.0900
16                                              Fax:  206.386.7500
                                                Email:  gshong@stoel.com
17
                                                Attorneys for Defendant Experian Information
18                                              Solutions, Inc.

19

20

21

22

23

24

25

26

EXPERIAN INFORMATION SOLUTIONS, INC.'S
ANSWER TO PLAINTIFF'S COMPLAINT- 9
Case No. (CV 09-956-JLR)

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*

Seattle-3555993.1 0099999-00001

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on October 14, 2009, I caused a true and correct copy of the

3   foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which

4   will send notification to the following participants:

5
- **George W Akers**
6      akers@mpba.com,reception@mpba.com
- **Justin M Baxter**
7      justin@baxterlaw.com,kachelle@baxterlaw.com,jodi@baxterlaw.com,lindsay@baxterla
       w.com
8  - **William R Brown**
       wbrown@schuckitlaw.com,skreider@schuckitlaw.com,mpate@schuckitlaw.com,jevans
9      @schuckitlaw.com,kreisinger@schuckitlaw.com

10

11
    DATED: October 14, 2009.                    STOEL RIVES, LLP
12

13
                                                 By:/s/ Gloria S. Hong
14                                               Gloria S. Hong, WSBA 36723
                                                 600 University Street, Suite 3600
15                                               Seattle, WA  98101
                                                 Telephone:  206.624.0900
16                                               Fax:  206.386.7500
                                                 Email:  gshong@stoel.com
17
                                                 Attorneys for Defendant Experian Information
18                                               Solutions, Inc.

19

20

21

22

23

24

25

26

EXPERIAN INFORMATION SOLUTIONS, INC.'S
ANSWER TO PLAINTIFF'S COMPLAINT- 10
Case No. (CV 09-956-JLR)

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*